JUN 14 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR 94 |
| | § | Judge Crone |
| ANDREW GREER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(j)
(Possession of a Stolen Firearm)

On or about March 22, 2017, within the Eastern District of Texas, **Andrew Greer**, defendant, did knowingly possess a stolen firearm, namely a Glock, 9mm Handgun, Model 43 Gen 4, Serial Number BABS864, and a Taurus, .45 caliber handgun, model PT945, Serial Number NOC54023 that had been shipped and transported in interstate commerce, knowing or having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. § 922(j).

### Count Two

Violation: 26 U.S.C. § 5861(d)
(Possession of a firearm not registered in
the National Firearms Registration and
Transfer Record)

On or about March 22, 2017, within the Eastern District of Texas, **Andrew Greer**, defendant, did knowingly possess a firearm that was not registered to them in the National Firearms Registration and Transfer Record, namely, a Maverick Arms, 12 gauge Short Barrel Shotgun, Model 88, Serial Number MV21087V.

In violation of 26 U.S.C. § 5861(d).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

a. a Glock, 9mm Handgun, Model 43 Gen 4, Serial Number BABS864;

b. a Taurus, .45 caliber handgun, model PT945, Serial Number NOC54023;

c. a Maverick Arms, 12 gauge Short Barrel Shotgun, Model 88, Serial Number MV21087V; and

d. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON


BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____    _____6/14/17_____
TRACEY M. BATSON                   Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR____ |
| | § | Judge _____ |
| ANDREW GREER | § | |

## Count One

Violation:   18 U.S.C. § 922(j)

Penalty:    Imprisonment for not more than ten years; a fine not to exceed $250,000, or both; a term of supervised release of not more than three years, for each count.

Special Assessment: $100.00

## Count Two

Violation:   26 U.S.C. § 5861(d)

Penalty:    A term of imprisonment of not more than ten years, a fine not more than $10,000, or both, and a term of supervised release not to exceed three years.

Special Assessment: $100.00