IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:17CR94 |
| v. | § | Judge Crone |
| | § | |
| ANDREW GREER | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Andrew Greer**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Peter Barrett**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On March 22, 2017, a search warrant was conducted at the defendant's residence located in the Eastern District of Texas. During the search of the residence, officers located various narcotics and a Glock, 9mm Handgun, Model 43 Gen 4, Serial Number BABS864 . The firearm had been reported stolen from a vehicle in September 2016.

2. I, **Andrew Greer**, knew that the firearm described above was stolen at the time I took possession of the firearm.

3. The firearm described above falls within the definition of "firearm" as found in 18 U.S.C. § 921(a)(3)(A).

4. The firearm described above was not manufactured in the State of Texas, and had traveled in interstate commerce.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 922(j).

Dated: 9-19-17

ANDREW GREER
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and have reviewed it with my client, **Andrew Greer**. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: 9-19-17

PETER BARRETT
Attorney for Defendant

Factual Basis
Page 2