# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-40548

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Andrew Greer,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-94-1

_____

United States Court of Appeals
Fifth Circuit
**FILED**
September 24, 2021
Lyle W. Cayce
Clerk

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of September 24, 2021, for want of prosecution. The appellant failed to timely pay docketing fee.

No. 21-40548

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Sep 24, 2021**

**Clerk, U.S. Court of Appeals, Fifth Circuit**